**FILED**
December 15, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No. 2:15-MJ-00232-CKD
            Plaintiff,              )
v.                                  )   ORDER FOR RELEASE OF
                                    )   PERSON IN CUSTODY
MOHAMMAD JAVED,                     )
                                    )
            Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MOHAMMAD JAVED , Case No.  2:15-MJ-00232-CKD , Charge  18USC § 371, 922(a)(1)(A), 26USC § 5861(d) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

         __   Unsecured Appearance Bond

         __   Appearance Bond with 10% Deposit

         __   Appearance Bond with Surety

         __   Corporate Surety Bail Bond

         ✔   (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 15, 2015  at  2:00 pm .

                            By  /s/ Allison Claire/s/ Allison Claire
                                Allison Claire
                                United States Magistrate Judge

Copy 2 - Court